# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 17-1886

———————————————

Larry Rice

*Plaintiff - Appellant*

v.

Interfood, Inc.; Jason Medcalf; Dirk Neerhoff; Nick Sharp; F.C.G.M. (Frank) van Stipdonk

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: January 17, 2018
Filed: January 22, 2018
[Unpublished]

——————————

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

——————————

PER CURIAM.

In this appeal in a diversity case, Larry Rice challenges the district court's[1] dismissal of his complaint and adverse grant of summary judgment as to Appellees'

———————————————

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

counterclaim. Rice also challenges the district court's order denying him leave to file an amended complaint. Upon carefully reviewing the record and the parties' arguments on appeal, we find no basis for reversal. See Schaaf v. Residential Funding Corp., 517 F.3d 544, 549 (8th Cir. 2008) (dismissal under Fed. R. Civ. P. 12(b)(6) is reviewed de novo); see also Residential Funding Co. v. Terrace Mortg. Co., 725 F.3d 910, 915 (8th Cir. 2013) (grant of summary judgment is reviewed de novo). We also conclude that the district court did not abuse its discretion by denying Rice leave to amend his complaint. See Kmak v. Am. Century Cos., 873 F.3d 1030, 1034 (8th Cir. 2017) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____